IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CONSECO LIFE INSURANCE CO.        *
                                  *
v.                                *   Civil No. JFM-07-1687
                                  *
JUDITH CIACCIA, ET AL.            *
                               ******

MEMORANDUM

Judith Ciaccia has filed a motion for summary judgment. After being advised of the consequences of a failure to do so, Eva Mae Jones and Carlton L. Gray Funeral and Cremation Service have not responded to the motion.

The record establishes that no change of beneficiary form was ever filed with, or approved by, Conseco naming Eva Mae Jones as a beneficiary of the life insurance policy in question. The policy requires both the submission of a written change of beneficiary form and its approval by Conseco. Accordingly, Jones is not entitled to recovery of the proceeds of the policy. Likewise, Carlton L. Gary Funeral and Cremation Service is not entitled to recover a portion of the proceeds of the policy because its interest arises from a purported assignment made to it by Eva Mae Jones.

A separate order granting Judith Ciaccia's motion is being entered herewith.

Date: Dec 4, 2007

_____
J. Frederick Motz
United States District Judge